**170**

 An exception by the appellant to the court's qualification of bill No. 1, appears in a separate instrument from the bill in the transcript. The instrument is signed only by counsel of the appellant, and there is no showing that it was presented to the trial judge or that he was apprised that appellant desired to reserve an exception thereto.

On appeal, the exception to the court's qualification of a bill in order to be effective must be verified by the trial judge. 5 Tex. Jur.(2d), 307, Sec. 186; Payne v. State, 164 Tex.Cr.R. 306, 298 S.W.2d 151.

Formal Bill of Exception No. 2, in the transcript does not show that it was presented to or acted upon by the trial judge, therefore it cannot be considered.

The evidence is sufficient to sustain the conviction and no error appearing, the judgment is affirmed.

Opinion approved by the Court.

WOODLEY, Judge.

This is the same character of proceeding as that in Swanson v. State, Tex.Cr. App., 334 S.W.2d 179; an injunction suit or bill of review instituted by the same sureties after the time allowed for appeal or writ of error to review the final judgment in a bond forfeiture.

Our holding in Swanson v. State, Tex.Cr. App., 334 S.W.2d 179, this day decided, is controlling.

The appeal is dismissed.

